51 A.3d 180

COMMONWEALTH of Pennsylvania, Petitioner

v.

Richard Allen JOHNSON, Respondent.

Supreme Court of Pennsylvania.

Aug. 13, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of August 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

(1) Whether the Superior Court erred in affirming the suppression of evidence seized incident to an arrest based on an invalid arrest warrant, where the police officer reasonably and in good faith believed that the warrant was valid?